In the Matter of DELAWARE SPORTS SERVICE, a Partnership, Appellant, and THE DIAMOND STATE TELEPHONE COMPANY, Appellee, and THE STATE OF DELAWARE, Intervenor Below, Appellee.

(*July* 9, 1964.)

TERRY, C. J., WOLCOTT, J., and WRIGHT, Judge, sitting.

*Henry A. Wise, Jr.,* for appellant.

*Hugh L. Corroon,* of Berl, Potter & Anderson ,for Diamond State Tel. Co., appellee.

*David P. Buckson,* Atty. Gen., *Thomas Herlihy, 3d,* Chief Deputy Atty. Gen., and *Ruth M. Ferrell,* Deputy Atty. Gen., for the State, intervenor below, appellee.

Supreme Court of the State of Delaware, No. 78, 1963.

PER CURIAM.

The judgment of the Superior Court is affirmed on the opinion of the court below. In The Matter Of Delaware Sports Service, A Partnership, 196 A.2d 215.